# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: HUNT, SHAWN HOOPER                    §    Case No.  11-38882
      HUNT, CAROL HENKEL                      §
                                                                §
Debtor(s)                                                    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
DEBORAH K. EBNER                    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 03/22/2012 in Courtroom 619, United States Courthouse,
219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/15/2012            By:   /s/DEBORAH K. EBNER
                                          Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: HUNT, SHAWN HOOPER | § | Case No. 11-38882 |
| HUNT, CAROL HENKEL | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 28,795.00 |
| *and approved disbursements of* | $ | 150.00 |
| *leaving a balance on hand of* [1] | $ | 28,645.00 |

**Balance on hand:** $ 28,645.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 28,645.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K. Ebner, ESQ. | 3,629.50 | 0.00 | 3,629.50 |
| Trustee, Expenses - Deborah K. Ebner, ESQ. | 12.04 | 0.00 | 12.04 |
| Attorney for Trustee, Fees - Speigel & DeMars | 1,845.00 | 0.00 | 1,845.00 |
| Attorney for Trustee, Expenses - Speigel & DeMars | 17.62 | 0.00 | 17.62 |

Total to be paid for chapter 7 administration expenses: $ 5,504.16
Remaining balance: $ 23,140.84

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $              0.00

Remaining balance: $       23,140.84

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $              0.00

Remaining balance: $       23,140.84

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,378,978.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 10,862.64 | 0.00 | 182.29 |
| 2 -2 | Northside Community Bank | 314,255.39 | 0.00 | 5,273.56 |
| 3 | Great Lakes Educational Loan Services | 31,819.59 | 0.00 | 533.97 |
| 4 | Great Lakes Educational Loan Services | 45,953.31 | 0.00 | 771.15 |
| 5 | Nelnet | 68,010.46 | 0.00 | 1,141.29 |
| 6 | PYOD LLC its successors & assigns as assignee of Citibank NA | 7,055.52 | 0.00 | 118.40 |
| 7 | Mesa MPT, LLC | 652,690.04 | 0.00 | 10,952.88 |
| NOTFILED | Henkel, Robert | 190,000.00 | 0.00 | 3,188.42 |
| NOTFILED | HSBC, Carson's | 228.00 | 0.00 | 3.83 |
| NOTFILED | Northshore Lab Serv | 1,037.00 | 0.00 | 17.40 |

| NOTFILED | Nordstrom's | 100.00 | 0.00 | 1.68 |
|---|---|---|---|---|
| NOTFILED | Guillard-Kaufman, Dr Judith | 32,000.00 | 0.00 | 537.00 |
| NOTFILED | Emory University | 24,466.00 | 0.00 | 410.57 |
| NOTFILED | DSNB Bloomingdale | 355.00 | 0.00 | 5.96 |
| NOTFILED | Citibank SD, NA | 145.32 | 0.00 | 2.44 |

Total to be paid for timely general unsecured claims: **$**      23,140.84

Remaining balance: **$**      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: **$**      0.00

Remaining balance: **$**      0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**      0.00

Remaining balance: **$**      0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:   /s/DEBORAH K. EBNER
                    Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-38882-JPC
Shawn Hooper Hunt                                              Chapter 7
Carol Henkel Hunt
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers          Page 1 of 3          Date Rcvd: Feb 17, 2012
                              Form ID: pdf006        Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2012.
db/jdb     +Shawn Hooper Hunt,   Carol Henkel Hunt,   1849 Westleigh Drive,   Glenview, IL 60025-7611
17837326    Bloomingdales,   P.O. Box 183083,   Columbus, OH 43218-3083
17837327   +Bluegrass Investors LLC,   c/o Adducci Dorf Lehner Mitch,   150 N. Michigan #2130,
            Chicago, IL 60601-7569
18044436    Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
            Charlotte, NC 28272-1083
17837328   +Capital One, N.A.,   Capital One Bank (USA) N.A.,   P.O. Box 30285,
            Salt Lake City, UT 84130-0285
17837329   +Citibank SD, NA,   Attn: Centralized Bankruptcy,   P.O. Box 20507,   Kansas City, MO 64195-0507
17837330   +DSNB Bloomingdale,   Bloomingdale's Bankruptcy,   P.O. Box 8053,   Mason, OH 45040-8053
17837331   +Emory University,   201 Dowman Drive,   Atlanta, GA 30322-1061
18184325    Great Lakes Educational Loan Services,   Claims Filing Unit,   PO Box 8973,
            Madison, WI 53708-8973
17837332    Guillard-Kaufman, Dr. Judith,   2325 Central Park Avenue,   Evanston, IL 60201-1809
17837335   +HSBC/Carsons,   P.O. Box 15521,   Wilmington, DE 19850-5521
17837333   +Hanson, Richard,   c/o Edward T. Joyce Associates,   135 S. LaSalle #2200,
            Chicago, IL 60603-4300
17837334   +Henkel, Robert,   1 Arbor Lane,   #101,   Evanston, IL 60201-1918
18033916   +Mesa MPT, LLC,   c/o Edward T. Joyce Associates,   135 S. LaSalle #2200,   Chicago, IL 60603-4300
17837340   +Northshore Lab Serv,   c/o Transworld Systems,   1375 E. Woodfield,   Schaumburg, IL 60173-6068
17837339   +Northshore Lab Serv,   9851 Eagle Way,   Chicago, IL 60678-1098
17837342   +Northside Community Bank,   c/o Kalcheim Haber, LLP,   134 N. LaSalle St., Ste. 2100,
            Chicago, IL 60602-1124
17837341   +Northside Community Bank,   Attn: Edeard Egelston, V.P.,   1155 Milwaukee Avenue,
            Deerfield, IL 60015-3515
18033917   +The Heritage at Millennium Park,   Mezzanine, LLC,   c/o Edward T. Joyce Associates,
            135 S. LaSalle #2200,   Chicago, IL 60603-4300
17837343   +US Dept of Education/glelsi,   2401 International,   Madison, WI 53704-3121
17837344   +US Dept of Education/glelsi,   2401 International Ln,   Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17837336   +E-mail/Text: electronicbkydocs@nelnet.net Feb 18 2012 04:43:31     Nelnet,   Attn: Claims,
            P.O. Box 17460,   Denver, CO 80217-0460
18306631   +E-mail/Text: electronicbkydocs@nelnet.net Feb 18 2012 04:43:31     Nelnet,
            3015 South Parker Road Suite 400,   Aurora CO 80014-2904
17837337   +E-mail/Text: electronicbkydocs@nelnet.net Feb 18 2012 04:43:31     Nelnet,   P.O. Box 2970,
            Omaha, NE 68103-2970
17837338   +E-mail/Text: bnc@nordstrom.com Feb 18 2012 03:00:37     Nordstroms,   P.O. Box 79137,
            Phoenix, AZ 85062-9137
18331956   +E-mail/Text: resurgentbknotifications@resurgent.com Feb 18 2012 02:59:53
            PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
            c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                              TOTAL: 5

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17837345*  +US Dept. of Education/glelsi,   2401 International,   Madison, WI 53704-3121
                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: mmyers          Page 2 of 3          Date Rcvd: Feb 17, 2012
                             Form ID: pdf006        Total Noticed: 26
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2012**              **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: mmyers           Page 3 of 3          Date Rcvd: Feb 17, 2012
                              Form ID: pdf006         Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2012 at the address(es) listed below:
      Allan J DeMars    on behalf of Trustee Deborah Kanner Ebner alland1023@aol.com
      David E Cohen    on behalf of Debtor Shawn Hunt davidecohen@lawcohen.com
      Deborah  Kanner Ebner    dkebner@debnertrustee.com,
      IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
      admin.assistant@debnertrustee.com
      Jamie L Ross    on behalf of Creditor  NorthSide Community Bank jross@kalcheimhaber.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                     TOTAL: 5